ALEXANDER BONA *vs.* THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY.

Second Judicial District.

Argued April 28th—decided June 10th, 1914.

ACTION to recover damages for personal injuries alleged to have been caused by the negligence of the defendant, brought to the Superior Court in New London County and tried to the jury before *Williams, J.;* by direction of the court the jury returned a verdict for the defendant, and from the judgment thereon the plaintiff appealed. *No error.*

*George C. Morgan*, for the appellant (plaintiff).

*Michael Kenealy* and *Charles B. Whittlesey*, for the appellee (defendant).

PER CURIAM. The court directed a verdict for the defendant upon the ground that no sufficient evidence had been presented either of negligence on the part of the defendant or of the lack of contributory negligence on the part of the plaintiff. An examination of the testimony satisfies us that the court was correct in this conclusion, at least in so far as contributory negligence is concerned. The jury could not from the evidence reasonably have concluded that the plaintiff was in the exercise of due care.
There is no error.